UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DEMARCUS T. YOUNG,

        Plaintiff,

v.

KENNETH T. MCKEE et al.,

        Defendants.
_____/

Case No. 2:17-cv-23

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for lack of prosecution and failure to comply with the Court's order.

Dated: November 2, 2017                           /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge