UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DeMarcus T. Young, #753683, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>Kenneth McKee and David Leach, )<br>Defendants. )<br>) | No. 2:17-cv-23<br><br>Honorable Paul L. Maloney |

## JUDGMENT

All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 6, 2019                  /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge